UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID LIBRACE                                                       PLAINTIFF

v.             No. 2:18-CV-00079-JM-JTR

FLORIDA DEPARTMENT OF LAW
ENFORCEMENT and FLORIDA STATE
ATTORNEY OFFICE, First Judicial Circuit          DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT:

1.     The Complaint, *Doc. 2*, is DISMISSED, WITHOUT PREJUDICE; and

2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 11th day of July, 2018.

                                              _____
                                              UNITED STATES DISTRICT JUDGE